UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH CONWAY,

        Plaintiff(s),                    No. C 09-2941 PJH

      v.                        **ORDER TO SHOW CAUSE**

UNITED HEALTHCARE INC., et al.,

        Defendant(s).

_____/

      This matter came on for case management conference on October 15, 2009, at 2:30 p.m. Defendants United Healthcare and Plan-It Interactive Inc. appeared through counsel. Defendant Mark Martinez did not appear. Plaintiff's counsel initially did not appear, but arrived late having gone to the San Francisco courthouse by mistake. Given the number of parties, it is imperative that all parties appear as ordered for the initial conference as ordered. Accordingly,

      THE COURT hereby issues an ORDER TO SHOW CAUSE why defendant Mark Martinez' default should not be entered.

      The hearing on the order to show cause will be held on November 12, 2009, at 2:30 p.m. If defendant Martinez fails to appear, a default may be entered or other sanctions imposed.

     **IT IS SO ORDERED.**

Dated: October 16, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge