| | |
|---|---|
| MARK A. MARTINEZ<br>MARTINEZ & ASSOCIATES<br>229 Chaco Canyon Drive<br>Henderson, NV 89074<br>Telephone: (702) 796-7855<br>Facsimile: (702) 796-0929<br>E-mail: mark@martinezassoc.com<br><br>In Pro Per | TOD M. RATFIELD, SBN 148545<br>1233 Alpine Road<br>Walnut Creek, California 94596<br>Telephone: (925) 934-3300<br>Facsimile: (925) 934-9775<br>E-mail: todratfield@yahoo.com<br><br>Attorney for Plan-It Interactive |
| JOHN F. MARTIN, SBN 52618<br>CHRISTINE HOPKINS, SBN. 240248<br>LAW OFFICES OF JOHN F. MARTIN<br>3100 Oak Road, # 230<br>Walnut Creek, California 94597<br>Telephone: (925) 937-5433<br>Facsimile: (925) 938-5567<br>E-mail: Christine@johnfmartinlaw.com<br><br>Attorneys for Plaintiff<br>Kenneth Conway | SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>DENNIS G. ROLSTAD, SBN 150006<br>MARC A. KOONIN, SBN 166210<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, California 94105<br>Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635<br>E-mail: dennis.rolstad@sdma.com<br><br>Attorneys for United Healthcare Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH CONWAY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED HEALTHCARE INC.; PLAN-IT INTERACTIVE; MARTINEZ & ASSOCIATES; DOES 1-10,<br><br>    Defendants. | CASE NO. CV 09 2941 PJH<br><br>[~~PROPOSED~~] ORDER TO ALLOW TELEPHONIC APPEARANCE AT MEDIATION FOR DEFENDANT UNITED HEALTHCARE INC.  AS MODIFIED<br><br>MEDIATION DATE: JANUARY 8, 2010<br>TIME:     10:00 A.M. – 1:30 .P.M.<br><br>MEDIATOR: STEVEN ROSENBERG<br>LOCATION:  U.S. DISTRICT COURT<br>        450 GOLDEN GATE AVE.<br>        SAN FRANCISCO, CA.<br><br>ADR MAGISTRATE JUDGE:<br>        ELIZABETH D. LAPORTE |

In accordance with the Stipulation and Request to Allow Telephonic Appearance at Mediation for Defendant United Healthcare Inc., and good cause appearing therefore, IT IS

1  ORDERED that defendant United Healthcare Inc. may appear at the January 8, 2010 mediation
2  in this matter via the telephonic appearance of its insurer representative, Theodore Doolittle.
3  United Healthcare shall be available to participate by telephone at all times during the mediation pursuant to ADR Local Rule 6-10.
4  Dated: January 6, 2010

*Elizabeth D. Laporte*
Magistrate Judge Elizabeth D. Laporte