1  JOHN F. MARTIN, SBN 52618
   CHRISTINE HOPKINS, SBN. 240248
2  LAW OFFICES OF JOHN F. MARTIN
   3100 Oak Road, # 230
3  Walnut Creek, California 94597
   Telephone: (925) 937-5433
4  Facsimile: (925) 938-5567
   E-mail: Christine@johnfmartinlaw.com
5  Attorneys for Plaintiff
   Kenneth Conway

   TOD M. RATFIELD, SBN 148545
   1233 Alpine Road
   Walnut Creek, California 94596
   Telephone: (925) 934-3300
   Facsimile: (925) 934-9775
   E-mail: todratfield@yahoo.com

   Attorney for Plan-It Interactive

7  MARK A. MARTINEZ
   MARTINEZ & ASSOCIATES
   229 Chaco Canyon Drive
8  Henderson, NV 89074
   Telephone: (702) 796-7855
9  Facsimile: (702) 796-0929
   E-mail: mark@martinezassoc.com

   In Pro Se

   SEDGWICK, DETERT, MORAN & ARNOLD LLP
   DENNIS G. ROLSTAD, SBN 150006
   MARC A. KOONIN, SBN 166210
   One Market Plaza
   Steuart Tower, 8th Floor
   San Francisco, California 94105
   Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
   E-mail: dennis.rolstad@sdma.com

   Attorneys for United Healthcare Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KENNETH CONWAY,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED HEALTHCARE INC.; PLAN-IT INTERACTIVE; MARTINEZ & ASSOCIATES; DOES 1-10,<br><br>  Defendants. | CASE NO. CV 09 2941 PJH<br><br>**[~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
|---|---|

Based upon the parties' Stipulation Re Dismissal of Entire Action with Prejudice, it is hereby ORDERED that this entire action is dismissed with prejudice, including the complaint and any and all cross-claims or counter-claims, each party to bear his or its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: __3/9/10_____

_____
Honorable Phyllis J. Hamilton